# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Demetras Levins

v.                                           Case Number: 4:20−cv−01053

Sprint Sand & Clay LLC

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Peter Bray

**PLACE:**    by video
                 United States District Court
                 515 Rusk Avenue
                 Houston, Texas 77002

**DATE:** 11/4/2020

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Compel − #15

Date:    October 30, 2020

                                                                            David J. Bradley, Clerk